LAWRENCE G. BROWN
Acting United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>JOANN C. NASH,<br><br>      Defendant. | Case No.  2:09-cr-352 GGH<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE |

### Stipulation

The parties are still in the process of negotiating a plea agreement.  At the defendant's arraignment, a status conference was scheduled for October 5, 2009.  The court has moved the status conference to October 7, 2009 at 9:00 a.m.  The prosecutor is unavailable at that time on October 7, as she will be attending an out-of-town appointment that she has been unsuccessful in her attempt to reschedule.  Therefore, the parties, through undersigned counsel, stipulate that the status conference may be continued to October 26, 2009, at 9:00 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the

1

new status conference date of October 26, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

Ms. Cusick has authorized the prosecutor to sign this stipulation on her behalf.

DATED:  October 2, 2009                    LAWRENCE G. BROWN
                                           United States Attorney

                                    by     /s/ Samantha S. Spangler
                                           Samantha S. Spangler
                                           Assistant U.S. Attorney


DATED:  October 2, 2009             by     /s/ Lauren Cusick
                                           Lauren Cusick
                                           Counsel for Defendant
                                           JoAnn C. Nash

                                Order

Good cause appearing, the status conference scheduled for October 7, 2009, is ordered continued to October 26, 2009, at 9:00 a.m.  The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.  Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of October 26, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

IT IS SO ORDERED.

DATED:  October 7, 2009
                                    /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE

nash.eot