```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    KATIE BELISLE
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  JOANN NASH

 9

10
                  IN THE UNITED STATES DISTRICT COURT
11
              FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,    ) CR. No. 09-352-GGH
15                               )
                Plaintiff,       )
16                               ) STIPULATION AND ORDER
         v.                      )
17                               )
    JOANN NASH,                  ) Date: November 16, 2009
18                               ) Time: 9:00 a.m.
                Defendant.       ) Judge: Hon. Gregory G. Hollows
19                               )
    _____ )
20

21
                              **Stipulation**
22
         The parties are still in the process of negotiating a plea
23
    agreement.  Therefore, the parties, through undersigned counsel,
24
    stipulate that the change of plea set for November 16, 2009, at 9:00
25
    a.m. be continued to December 7, 2009 at 9:00 a.m.
26
         The parties further stipulate that time may be excluded from the
27
    speedy trial calculation under the Speedy Trial Act through the new
28
```

status conference date of December 7, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

Ms. Spangler has authorized the defense to sign this stipulation on her behalf.

Dated:  November 13, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lauren Cusick
LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
JOANN NASH

Dated: November 13, 2009        BENJAMIN WAGNER
                                United States Attorney

                            by  /s/ Lauren Cusick   for
                                Samantha S. Spangler
                                Assistant U.S. Attorney

**Order**

IT IS SO ORDERED.

DATED:  November 19, 2009       /s/ Gregory G. Hollows
                                _____
                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

nash.ord

Stipulation and order            -2-