```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  JOANN NASH

 8

 9
                     IN THE UNITED STATES DISTRICT COURT
10
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,    )  No. 09-352-GGH
14                               )
                 Plaintiff,      )
15                               )  STIPULATION AND ORDER
         v.                      )
16                               )
    JOANN NASH,                  )  Date:  December 7, 2009
17                               )  Time:  9:00 a.m.
                 Defendant.      )  Judge: Hon. Gregory G. Hollows
18                               )
    _____ )
19
```

20        IT IS HEREBY STIPULATED AND AGREED between the parties, Samantha
21   Spangler, Assistant United States Attorney, and Lauren Cusick,
22   Assistant Federal Defender and counsel for defendant JOANN NASH, that
23   the Change of Plea scheduled for December 7, 2009 be vacated, that a
24   Trial Confirmation Hearing is set for February 1, 2010 at 2:00 pm. and
25   a Jury Trial is scheduled for February 16, 2010 at 9:00 am.
26        The parties need time to prepare the case for trial and the
27   defense needs time to conduct additional investigation in anticipation
28   of trial.

The parties further stipulate that time may be excluded under the Speedy Trial Act from December 7, 2009 through the Jury Trial scheduled for February 16, 2010 at 9:00 am., pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

Ms. Spangler has authorized the defense to sign this stipulation on her behalf.

Dated:  December 17, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lauren Cusick
LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
JOANN NASH

Dated: December 17, 2009

BENJAMIN WAGNER
United States Attorney

by   /s/ Lauren Cusick   for
Samantha S. Spangler
Assistant U.S. Attorney

## Order

IT IS SO ORDERED.

DATED:  December 22, 2009         /s/ Gregory G. Hollows
                                  ─────────────────────────
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

nash.eot2

Stipulation and order              -2-